IN the Private federal district exclusive equity chancery
court of record for the western district
of the state of missouri
southern division

Philip Delgrosso, sui juris
a private, natural man
   Complainant

    vs

UNITED STATES OF AMERICA     **17-3419-CV-S-BCW-P**
   Defendant

Assistant U.S. Attorney Timothy Garrison, agent
901 E. St Louis St., #500
Springfield, MO. [65806]

## ORIGINAL BILL OF PETITION IN EQUITY

To: The Honorable Chancellor holding the private federal district
exclusive equity chancery court of record for the western
district of the state of missouri

### N.B. - NOTE WELL

This Original Bill of Petition in Equity is filed in accordance with constitutional law administered by Private Article III, Section 2 judicial chancery courts of record which include both common law and the law of equity. This Bill in Equity is not intended to imitate legal process administered by any Public Court of Law or any at-law war powers corporate court, nor should it be interpreted by the reader as such. The Defendants are well advised to seek competent legal counsel to apprise them of their liabilities associated with this action. Notice has been given.

The Complainant makes a special appearance, never is his appearance general in nature, sui juris and respectfully shows to the Court that:

1. This is the first application for the equitable relief sought herein.

2. The Complainant, a man, by nature and manifested intent hereby

(1)

Case 6:17-cv-03419-BCW    Document 1    Filed 12/26/17    Page 1 of 16

declares that he is a private, well documented natural person of the state of missouri, and a friend thereof, not an enemy belligerent under the Trading With the Enemy Act (TWEA), nor the Emergency Banking Relief Act of 1933, and a freeman on the land who hereby invokes his natural right of exclusive equity, sometimes called specialized equity, and common law, hence the rules of law do not apply here given the private claim. The Complainant is the cestui que enforcing his equitable rights in exclusive equity as a private man.

3. The Complainant wishes to discuss private causes of action related to private trust matters and contract disputes concerning him and the Defendant as related to Case No. 13-03054-CR-S-BP and others.

4. Courts of Equity operate on the person, the Chancery Court never loses its jurisdiction by implication, and when Chancery has jurisdiction for one person, it will take jurisdiction for all purposes.

   Maxim

   Equity operates in personam

5. The Complainant is not trained in law, and any incorrect form or extraneous language contained within this Bill in Equity is unintentional, and not meant to be disrespectful.

6. The Complainant respectfully petitions the Court for equitable relief for the following causes of action (claims):

## 1st CAUSE OF ACTION

The Complainant asserts that the Defendant, knowingly and intentionally miscategorized the Complainant Philip Delgrosso as PHILIP DELGROSSO, an artificial entity created by the Defendant. The Complainant asserts that he is not PHILIP DELGROSSO, nor is he a citizen of the UNITED STATES OF AMERICA, nor is he subject to the provisions of the 14th Amendment of the

(2)

Constitution, nor to its laws, statutes, codes, regulations or the corporate U.S. Constitution as administered by any Public Article 1 legislative Courts of Law, any at-law war powers corporate courts or any other Public Courts of Law.

7. In support of this, the Complainant respectfully submits the accompanying NOTICE OF CHANGE OF STATUS to this Court and requests equitable relief that this Court, and all Courts hence forth treat him as the private, natural man that he is, and not an artificial entity.

## 2nd CAUSE OF ACTION

8. The Complainant wishes to rescind his unknowing consent to, and acceptance of, court process related to Case No. 13-03054-CR-S-BP, and all other court cases, including but not limited to:
   a. A subpoena that demanded his appearance and/or a response in writing to a Grand Jury.
   b. An unlawful seizure
   c. Unlawful indictments
   d. An agreement to appear for a trial in a UNITED STATES OF AMERICA federal District Court of Law
   e. An unlawful Judgment and Committment Order
9. The Complainant asserts that he was intentionally tricked, deceived, duped, and manipulated by the Defendant to give his unknowing consent to, and acceptance of various court processes, including those enumerated above.
10. That because of these "ignorance of the facts", the Complainant did not commit laches. The Complainant respectfully petitions this Court for equitable relief to rescind his unknowing consent to, and acceptance of court process and respectfully submits the accompanying NOTICE

(3)

OF RECISSION TO UNKNOWING CONSENT AND ACCEPTANCE OF COURT PROCESS

11. The Complainant asserts that the aforementioned "court process" was an implied contract, that it was unilateral, that there was never a meeting of the minds, that full disclosure was never made by the Defendant, and that such actions constitute fraud, and thereby invalidate and render void any implied consent to, or acceptance by the Complainant to these invalid contracts.

12. As a result of the Defendant's deliberate actions to intentionally withhold full disclosure and "trick" the Complainant into giving his unconscious consent, the Complainant was rendered ignorant of the debt(s) created by and associated with the aforementioned case(s), causing him to be in Dishonor of his debt(s).

13. Such actions by the Defendant have also caused the Complainant to be an unconscious and unwilling accomodation party, thereby rendering him an unwitting surety.

14. The Complainant alleges that the Defendant has continued this intentional deception to this day, since he has demanded "full discovery" numerous times, and has never been given, or even apprised of the existence of Bid Bonds, Performance Bonds, Payment Bonds, Reinsurance Bonds, Surety Bonds, or any other bonds created by the Defendant using the Complainant's corporate name PHILIP DELGROSSO without his conscious knowledge or consent.

Maxims

A natural person may assert his right at any time

Equity fixes all mistakes

Equity always follows the rules of equity over the rules of law

15. Fraud is defined by Black's Law Dictionary as "An intentional perversion of truth for the purpose of inducing another in reliance upon it to part with some valuable thing belonging to him or to surrender a legal right.

(4)

A false representation of a matter of fact, whether by words or by conduct, by false or by misleading allegations, or by <u>concealment</u>, of that which should have been disclosed..." Fraud vitiates every transaction and all contracts.

16. The Complainant respectfully prays that this Court grant equitable relief by rescinding the Complainant's unknowing consent to and acceptance of court process, and that it invalidate and render void all the contracts associated with the aforementioned legal process due to fraud, misrepresentation, and the Defendant's failure to provide the Complainant with full disclosure regarding those contracts.

### 3rd CAUSE OF ACTION

17. The Complainant respectfully petitions this Court to rescind his unknowing consent to, and acceptance of, an appointment as a trustee by the Defendant for UNITED STATES OF AMERICA Treasury trust accounts, birth certificate trust accounts, social security trust accounts, and trust accounts of any and all types including those created for the aforementioned cases for PHILIP DELGROSSO and Philip Delgrosso using identification numbers including, but not limited to, social security number 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, FBI #975209TA5, dates of birth 12/11/51 and 12/11/61, NADDIS #7942721, or any and all other identification numbers used by the Defendant related to the Complainant, and or his trusts. In support of this petition, the Complainant respectfully submits the accompanying NOTICE OF RECISSION TO CONSENT TO AND ACCEPTANCE OF TRUSTEESHIP.
18. The Complainant hereby reasserts his arguements made in paragraphs 12-15, and makes this reference in the interests of judicial brevity.
19. The Complainant hereby respectfully requests that this Court release

(5)

him and all other trustees on all these trust accounts from their duties, and appoint the Clerk of the Court in his (their) stead, or any other responsible person they so choose. The Complainant respectfully notices the Court that he holds the highest equitable claim to all of these trust accounts, that he is the lawful, rightful, and equitable Grantor and Beneficiary (cestui que), the holder in due course, and respectfully requests that the new trustee(s) provide him with a full non-comingled, segregated accounting of the equitable and legal sides of the ledger, and full recoupment for all the substance, value, and money owed to the Complainant from the beginning.

20. The Complainant respectfully requests that the Court direct the new trustee(s) to immediately secure any and all Bid Bonds, Performance Bonds, Payment Bonds, Reinsurance Bonds, Surety Bonds, and bonds of any kind or type related to the aforementioned case(s), and all other cases, and to immediately discharge and/or extinguish all these debts, thereby releasing the surety Philip Delgrosso.

21. The Complainant respectfully requests that the Court appoint a Master in Chancery if the new trustee(s) are unable to give full accounting, recoupment, and enforcement from the beginning.

22. It is the Complainant's understanding that the foregoing actions by the Defendant constitute constructive conversion, since full disclosure was intentionally withheld from the Complainant, thereby rendering it impossible for him to discharge and/or extinguish debt(s) he was unaware even existed, which again invalidates and renders void these contracts. Such unlawful actions by the Defendant caused the Complainant to be in unknowing Dishonor of his debt(s).

(6)

23. All debt collectors are obligated to provide debtors with a verification of the alleged debt to validate that debt, which certainly has not been done by the Defendant. Verification is defined by Black's Law Dictionary as "Confirmation of correctness, truth, or authenticity, by <u>affadavit</u>, <u>oath</u>, or <u>deposition</u>. Since the Defendant has refused and/or failed to do any of these, the Defendant is in Dishonor, and the debt(s) should be summarily vacated, invalidated, and discharged, and the warehouseman (warden) should be ordered to release the goods (prisoner Philip Delgrosso).

<u>Maxims</u>

In equity, the presumption always favors the king

Equity looks through form to substance

24. In the interests of judicial brevity, the Complainant hereby reasserts his prayers for equitable relief as enumerated in paragraphs 18-24.

## SPECIAL PRAYERS

25. The Complainant hereby makes a special prayer to this Court that equitable relief will be in the form of a private in-camera hearing with the Chancellor, where the Defendant can state a claim or a counter claim, and where any man or woman can state a claim if they wish to allege that they have a higher right to these trusts than the Complainant, the true Beneficiary and where any man who wishes to rebut this Affadavit of the Complainant Philip Delgrosso shall do so in the manner of this Affadavit, by signing such Affadavit using their Christian and/or Baptismal name given at birth, in upper-and-lower case format, not set in all-capital letters, being a fully liable, living, breathing man or woman responsible and liable for everything that such man or woman says and does.

((7))

26. The Complainant makes a further special prayer that if no man appears to state a claim, that the hearing be governed by the original, inherent, exclusive equity jurisdiction known as the Private Article III, Section 2 Chancery Courts of Record where trusts reside, with the exclusion of the press and the public, and that in such event the Court should rule that the Clerk of the Court has accepted the Office of trustee, accepted legal title to all the deeds on special deposit, accepted the court of record in personam jurisdiction over him or her, and waived all defenses in advance to this Bill in Equity, and accepted that it is ex-parte, in-camera, as an exclusive equity special proceeding rather than an at-law action in the at-law war powers corporate court under the TWEA of 1917, as amended in 1933.

27. The Complainant also makes a special prayer that the Court acknowledge that he is the true beneficiary of all the aforementioned trusts and that this Court discharge and/or extinguish all debt(s) associated with Case No. 13-03054-CR-S-BP or any other cases related to it, that the warehouseman release the goods, that the surety Philip Delgrosso be immediately released, and that the public record be amended to reflect the private record with all such records expunged and that DNA collected as a result of this case and all its accompanying records, similarly be destroyed.

28. It is the Complainant's understanding that the Defendant wishes to avoid future contact, interactions, and conflict with him such as these causes of actions, and therefore agrees to issue the complainant:

    a. A private state issued travel credential for a private, natural man to "motor" freely on the roads of all states

(8)

    b. A black "diplomatic" UNITED STATES OF AMERICA passport for a private citizen of the state of missouri to travel unmolested throughout corporate war zones anywhere in the world, by air, sea, or land, and especially on the roads at home in the UNITED STATES OF AMERICA.

    c. A Do Not Detain - Stop - Arrest Order

    d. Diplomatic or other special license tags to avoid conflicts

29. The Complainant asserts that the Defendant has the right, even the duty and obligation, to appear in this Private exclusive equity chancery court of record in person if they disagree with the Complainant's claims, causes of actions, or statements contained in this Bill in Equity, and to take the stand, under oath, with full liability to rebut this Affadavit point - by - point.

30. The Complainant asserts that the Defendant's failure to do so constitutes acquiescence, consent, and default.

31. The Complainant also prays that this Court provide him with the names, mailing addresses, and telephone numbers of the new trustees, and their authorized representatives, if any, as soon as possible.

Maxims

An unrebutted Affadavit becomes judgment in commerce

In equity, he who fails to disagree, agrees

Courts of Equity will not tolerate interference with their Officers,
    Process, or Decrees by the Courts of Law

32. The Complainant respectfully requests that the Court direct the Defendant to remove all references to the aforementioned cases that may appear in articles of any type on the internet, including those from newspapers, and/or WestLaw type publications and CaseNet type sites.

(9)

33. The Complainant respectfully reminds the Court that "It has been stated broadly that a suitor who seeks to protect a right recognized in a court of equity, but not recognized and protected in a court of law, comes into equity as of right, and there is no discretion to refuse to entertain the bill." Corpus Juris Secundum Book 30a Equity, page 169

34. See also Russell v. Clark's Exrs. 7 Cranch, 69 "We think the law well settled, that if a claim is to be satisfied out of a fund which is accessible only by the aid of a court of chancery, application may be made in the first instance to that court, which will not require that the claim should be first established in a court of law."

35. See also Carrol v. Safford, 11 LED 671, 3 Howard 441 "Courts of law will not take notice of mere equitable rights; they can be enforced only in equity, and hence arises the exclusive equity jurisdiction of courts of equity."

36. See also Craig v. Leslie et al, 4 LED 460, 3 Wheat 563 "At law the interest is vested in the trustee; but a court of equity takes notice of the title of the cestui que trust, as beneficially interested, and regards the quality of the estate as respects his interests only."

37. United States v Farrot, Case No. 15, 998 "In the exercise of its equity jurisdiction, the federal circuit court as to persons and matters within its jurisdiction can afford relief where it can be afforded by the principles of the high court of chancery in England."

38. See also Bardon v. Land & River Improv. Co; Gormley v. Clark, 13 Sup. Ct. Rep. 883, 977

    "The equity jurisdiction of the Federal circuit court, sitting in any state, is as extensive, speaking generally, as that of any court of such state. For besides the general chancery jurisdiction of the Federal court, - co-extensive with that of the English chancery, - if there be state law giving to its equity courts additional equitable remedies, the Federal court will also administer them in a proper case, lying within chancery cognizance."

    <u>Maxim</u>

    Where there is remedy, there is a right

    Equity favors the vigilant

    Equity fixes breach of trust

39. In sum, the equitable causes for relief in exclusive equity, as contained in this Bill in Equity are full accounting and recoupment from the beginning, and enforcement of title due to harm suffered by the cestui que for which no remedy exists, nor is remedy available, at law or under color of equity, or color of at-law, in a statutory public war powers court under the TWEA of 1917 as amended in 1933.

40. To recap, the Complainant makes this special prayer that the Court hear his prayers for equitable remedy for private property rights as described herein, including but not limited to, his request that the Court purge his contempt (non payment of public bonds, charges, and liabilities, aka debts), including all public suretyship obligations charged to the res by the performance (discharge of debt by issuing conveyance of special deposit of lawful money of the UNITED STATES OF AMERICA and issues required to settle such

(11)

debts to settle and close these accounts.

41. The cestui que complainant further respectfully states that the purpose of these new resulting trusts will be for the rightful Beneficiary's title, use, and enjoyment. The record should also show that the purpose of establishing these new resulting trusts is for the settlement of any and all of the Public Trusts, and that the mistakes of the past have been corrected by the grace of exclusive equity, and that all previous Public Trustees that were released were held harmless from all their duties and obligations regarding public UNITED STATES OF AMERICA citizen PHILIP DELGROSSO.

42. The Complainant further states that these remedies will resolve and settle the latent equity causes of action including dolus as described in this Original Bill of Petition in Equity as a lifelong trust obligation, discharging, settling, and extinguishing all public obligations on demand of the cestui que.

Maxims

Equity favors the vigilant

Equity will enjoin enforcement of criminal statutes to protect property rights

43. It is the Complainant's understanding that the Defendant wishes to begin to make the Complainant whole again by:
   a. Returning the Complainant to his prison release date home in Las Vegas, Nevada via the most expedious public transportation, that being a paid commercial airlines ticket originating in Jackson, Mississippi so that he need not be subjected to a multi-day, cross-country trek on a bus when he is 100% disabled

(12)

with nerve damage neuropia, and that the Defendant ensure that any Federal Bureau of Prisons identification, or any other identification he be given by the Defendant is satisfactory and sufficient to ensure that it meets TSA standards to permit him to board such flight.

b. That the Defendant provide the Complainant with a minimum of $10,000 in Federal Reserve Notes immediately upon release, to ensure that he has sufficient housing, food, clothing, and other necessities until his new resulting trusts have been properly conveyed and made available to him.

44. It is the Complainant's understanding that the Defendant agrees that he will either disagree with the statements contained in this Bill in Equity in the manner prescribed herein, or admit and agree to these statements in either written form, or by acquiescence within 30 days of receipt of this Bill in Equity.

(13)

Executed by my hand, this 20th day of December, 2017

Signed By: [signature], Authorized Representative
    Philip Delgrosso, #25927-045
    Federal Correctional Complex, C4
    PO Box 5000
    Yazoo City, MS. [39194]

<u>NOTE</u>: Notice to the Agent is Notice to the Principal

Mississippi state republic    )
                                 ) ss. JURAT
Yazoo County               )

On the 20th day of December, 2017 Philip Delgrosso personally appeared before me on the basis of satisfactory evidence to be the person whose name is subscribed hereto and acknowledged to me that he executed the same under asseveration, and accepts the facts thereof.

Subscribed and affirmed before me this 20th day of December, 2017
Witness my hand and seal this 20th day of December, 2017

                                         [signature]
                                    Notary Signature

My Commission expires on the 06 day of FEBRUARY, in the year 2021

## VERIFICATION

Complainant Philip Delgrosso hereby makes oath that the statements contained in the foregoing Original Bill of Petition in Equity are true and correct, to the best of his knowledge, information, and belief.

Executed this 20th day of December, 2017
Signed By: [signature]
          Philip Delgrosso, Authorized Representative

Subscribed and affirmed before me this 20th day of December, 2017

                                         [signature]
                                    Notary Signature

My Commission expires on the 06 day of FEBRUARY, in the year 2021

(14)

# CERTIFICATE OF SERVICE

Complainant hereby certifies that on or about the 21st day of December 2017, he mailed three copies of this Original Bill of Petition in Equity to the Court. He further states that he directed the Court to mail one of those copies to the Defendant's agent at the address listed herein after they had accepted such filing. Complainant states that he provided the Court with a 9x13 manila envelope with sufficient postage for them to mail it to the Defendant's agent via USPS.

Signed By: /s/ Phil Del
Philip Delgrosso, Authorized Agent Without Recourse
Complainant

($)

